

# NUMBER 13-21-00202-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

SELEDONIO CONDE AND
ALL OCCUPANTS,                                                    Appellants,

v.

MANUEL GUADALUPE MARROQUIN,                                      Appellee.

**On appeal from County Court at Law No. 5
of Nueces County, Texas.**

# ORDER

**Before Chief Justice Contreras and Justices Benavides and Silva
Order Per Curiam**

On June 24, 2021, appellant Seledonio Conde filed an "Opposed Emergency Motion for Temporary Relief," requesting that this Court order the trial court to set a supersedeas bond, and if necessary, stay or abate the issuance of any writ of possession in the time required for a bond to be set.

In the present case, appellant is requesting that we stay the issuance of any writ of possession in the time required for the bond to be set by the trial court. Appellant states that he filed a "Motion to Set Supersedeas Bond Under Texas Rule of Appellate Procedure 24.2 and Section 24.007 of the Texas Property Code" on June 22, 2021 and made "numerous efforts to secure a ruling on that motion by the trial court, but the trial court has not yet made a ruling." The trial court has not yet set an amount of supersedeas bond for appellant to post to prevent enforcement of the judgment pending appeal. *See* TEX. R. APP. P. 24.1.

After examining and fully considering appellant's motion, we GRANT Appellant's motion insofar as we STAY the issuance of any writ of possession for a period of fifteen (15) days. We also ask that appellee file a response to this emergency motion with this Court within five (5) days of the issuance of this order. All matters contained within the motion are carried with the case.

PER CURIAM

Delivered and filed on the
28th day of June, 2021.